IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: SHANNON G. ELKINS |
| | U.S. Magistrate Judge |
| v. | Case No: 25-cr-92 (JWB/ECW) |
| | Date: March 19, 2025 |
| Erling Soren Holdahl (3), | Courthouse: St. Paul |
| | Courtroom: Devitt Courtroom |
| Defendant. | Time Commenced: 1:51 p.m. |
| | Time Concluded: 1:53 p.m. |
| | Time in Court: 2 minutes |

APPEARANCES:

Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
Defendant: Kate Adams, Assistant Federal Public Defender
        X FPD      X To be appointed

Date Charges Filed: March 13, 2025      Offense: conspiracy to distribute methamphetamine; conspiracy to kidnap.

     X Advised of Rights

on    X Indictment

X Defendant waives the right to detention hearing but reserves the right to reopen in the future if circumstances change.
X Defendant Ordered Detained. Government to submit proposed order.

X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case.     X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                                                          *s/nah*
                                                                Signature of Courtroom Deputy