# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: SHANNON G. ELKINS |
| | U.S. Magistrate Judge |
| v. | |
| Erling Soren Holdahl (3), | Case No: 25-cr-92 (JWB/ECW) |
| | Date: March 19, 2025 |
| Defendant. | Courthouse: St. Paul |
| | Courtroom: Devitt Courtroom |
| | Time Commenced: 1:53 p.m. |
| | Time Concluded: 1:54 p.m. |
| | Time in Court: 1 minute |

APPEARANCES:

  Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
  Defendant: Kate Adams
         X FPD

**Indictment Dated:** March 13, 2025

   X Reading of Indictment Waived     X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                                                                _____ s/nah_
                                                                Signature of Courtroom Deputy