# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | Case No: 25-CR-92 (3) JWB/ECW |
| v. | Date: December 2, 2025 |
| | Court Reporter: Erin Drost |
| ERLING SOREN HOLDAHL, | Courthouse: St. Paul |
| | Courtroom: 7A |
| Defendant. | Time Commenced: 2:28 p.m. |
| | Time Concluded: 3:04 p.m. |
| | Time in Court: 36 Minutes |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Bradley Endicott, Assistant United States Attorney
    For Defendant:    Peter B. Wold, CJA

PROCEEDINGS:
    ☒ **Change of Plea Hearing.**
    ☒ PLEA:
        ☒ Guilty as to Count 1 of the Indictment.
    ☒ Presentence Investigation and Report requested.
    ☒ Defendant remanded to the custody of the U.S. Marshal.

                                                                                   s/ D. Dodd
                                                                                   Courtroom Deputy