UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 25-92 (JWB/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| ERLING SOREN HOLDAHL (3) ) | |
| -and- ) | |
| KENDRA SUE JOHNSON (11), ) | |
| ) | |
| Defendants. ) | |

The defendants have advised the Court that they wish to marry following today's sentencing proceedings. The United States Marshals Service has requested clarification regarding whether the Court has any objection to such a ceremony occurring while the defendants remain in federal custody.

The Court has no objection to the defendants participating in a lawful civil marriage ceremony following sentencing.

Whether, when, and under what conditions such a ceremony may occur shall remain within the discretion of the United States Marshals Service, subject to its security requirements, operational needs, and applicable policies. The defendants shall remit to the U.S. Marshals and costs or fees incurred for any aspect of the marriage process (including filing fees).

IT IS SO ORDERED.

Date: July 15, 2026　　　　　　　　　　　_s/ Jerry W. Blackwell_____
　　　　　　　　　　　　　　　　　　　　JERRY W. BLACKWELL
　　　　　　　　　　　　　　　　　　　　United States District Judge