# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ERLING SOREN HOLDAHL,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br><br>Case No:        25-CR-92(3) JWB/<br>Date:             July 15, 2026<br>Court Reporter: Lori Morrow<br>Courthouse:    St. Paul<br>Courtroom:     7A<br>Time Commenced: 2:09 PM<br>Time Concluded:   2:43 PM<br>Sealed Hearing Time:<br>Time in Court:   34 Minutes |

Before Judge Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

  For Plaintiff:      Nicholas Grey, Assistant United States Attorney
  For Defendant:    Peter B. Wold, CJA

x **Sentencing.**

IT IS ORDERED:    Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|-----------|------|---------|-----|-----|-----|------|-----|
| 1 | X | | 146 months | | 5 years | | |

**Said terms to run☐ concurrently   ☐ consecutively**
  x    Special conditions of :   **See J&C for special conditions**
     x    Defendant sentenced to pay:
        x    Special assessment in the amount of $100.00.
  x    Plea and plea agreement accepted.
  x    On Motion of the Gov't., Count 2 of the Indictment is dismissed as to this defendant only.
  x    Defendant remanded to the custody of the U.S. Marshal.
  x    Docket no.: 402 shall be unsealed at the time the judgment is filed.

s/D. Dodd
Courtroom Deputy
